AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number:

I, Francis Manuel Pena, charged in a (complaint) (petition) pending in this District with unlaw re-entry in violation of Title 8, U.S.C., 1326(b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Francis M Peña
*Defendant*

9-13-06
*Date*

[signature]
*Counsel for Defendant*