IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 104 ML |
| | ) | Cr. No. |
| vs. | ) | In violation of 8 U.S.C. §§ 1326(a) & (b)(2) |
| | ) | |
| FRANCIS MANUEL PENA | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

Between on or about April 21, 2005 and September 12, 2006, in the District of Rhode Island, the defendant, FRANCIS MANUEL PENA, an alien who had been previously deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to apply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
First Assistant U.S. Attorney

Dated: October 4, 2006