IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 06-104ML |
| | : | |
| FRANCIS MANUEL PENA | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO DEPART**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U. S. Attorney, and objects to the defendant’s motion to depart for the reasons stated in the Government's Sentencing Memorandum, previously filed on February 9, 2007, and for reasons to be developed at oral argument.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 14th day of February, 2007, I electronically filed and served the Within Government's Sentencing Memorandum to:

John M. Cicilline, Esq.
Law Offices
The State Bank Building
383 Atwells Avenue
Providence, RI 02909

/s/ Kenneth P. Madden
Kenneth P. Madden
First Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680