UNITED STATES DISTRICT COURT
For The ________________ District Of RHODE ISLAND

FRANCIS MANUEL PENA ) DOCKET NUMBER 06-00104-01ML.
Petitioner )
v )
)
United States of America )
Respondent )

Motion for Sentence Adjustment

Comes now, FRANCIS MANUEL PENA Defendant/Petitioner, a permanent resident alien was convicted of RE-ENTRY and is presently serving his time at NEOCC, YOUNGSTOWN, OHIO. Because of his status as a deportable Alien, Petitioner was ineligible to receive the rewards which are offered for the residential drug abuse program (DAP). Also petitioner cannot receive a timely half-way house-release. This place the Defendant/Petitioner to serve sentence under circumstances more severe than those facing citizens under similar circumstances. "Collateral Consequences" are not part of the Judgment of conviction and are not imposed upon the Defendant for the purpose of punishing him. The issue presented by this case is whether unusual harsh collateral consequences that are visited by law on a Defendant as a result of his conviction may provide a basis for mitigating the penal sanction that would otherwise be required by the sentencing guideline. Collateral consequences are not part of the Judgment of conviction and are not imposed upon the Defendant for the purpose of punishing him. The effect of such consequences, however, are as punitive as a term of incarceration. This is particular true in this case where the collateral consequences is deportation and where a consequences of that consequence is a longer period on imprisonment under more severe conditions that would apply to a UNITED STATES CITIZEN convicted of the same offense.

Denied for the reasons set forth in the Government's Memorandum in Opposition. Mary M. Lisi USDJ 4/23/08